ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 APR 13 AM 8:28

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JIOVANI PENA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 305-117 |
| ) | |
| MICHAEL PUGH, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 13 day of April, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE